No. 91–184. WATKINS v. UNITED STATES. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied. ▮

No. 91–354. IN RE STOLLER. Sup. Ct. Ill. Motion of petitioner to disqualify respondent's counsel denied. Certiorari denied.

No. 91–5587. WHITE v. BELL ATLANTIC CORP. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. ▮

No. 90–1867. CLAY v. EXCHANGE MUTUAL INSURANCE CO., 501 U. S. 1253. Petition for rehearing denied.

No. 90–1411. BIBBS ET AL. v. MATANUSKA-SUSITNA BOROUGH, INC., ET AL., 499 U. S. 977; and
No. 90–1544. HATCHETT v. UNITED STATES, 501 U. S. 1223. Motions for leave to file petitions for rehearing denied.

OCTOBER 17, 1991

No. 91–6079 (A–258). MCDOUGALL v. NORTH CAROLINA. Gen. Ct. Justice, Super. Ct. Div., Mecklenburg County, N. C. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

OCTOBER 21, 1991

No. 91–5868. SKILLMAN v. UNITED STATES. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46. ▮